In the Matter of ITHACA CITY SCHOOL DISTRICT, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted March 19, 2012; decided March 22, 2012

Reported below, 87 AD3d 268.

Motion by Advocates for Children of New York, Inc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.